UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:21-cv-61163-RKA

ERRON WILLIAMS,

    Plaintiff,

v.

HEALTHCARE REVENUE RECOVERY GROUP, LLC
d/b/a ACCOUNT RESOLUTION SERVICES,

    Defendant.
_____/

## NOTICE OF APPEARANCE

The law firm of SHEPARD, SMITH, KOHLMYER & HAND, P.A., by and through Leia V. Leitner, Esquire hereby gives notice of her appearance on behalf of Defendant, HEALTHCARE REVENUE RECOVERY GROUP, LLC d/b/a ACCOUNT RESOLUTION SERVICES, and requests that copies of all motions, notices, other pleadings and correspondence filed or served in this cause be furnished to the undersigned. Ernest H. Kohlmyer, III will continue to serve as lead counsel for Defendant.

Dated this **9th day of June 2021.**

                    Respectfully submitted,

                    */s/ Leia V. Leitner*_____
                    Leia V. Leitner, Esquire
                    Florida Bar No.: 110108

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on **June 9, 2021**, via the Court Clerk's CM/ECF. I further certify that a copy was furnished to Jibrael S. Hindi,

Esquire at jibrael@jibraellaw.com and Thomas J. Patti, Esquire at tom@ jibraellaw.com *(Attorneys for Plaintiff)*.

/s/ Leia V. Leitner
Ernest H. Kohlmyer, III, Esquire
Florida Bar No.: 110108
skohlmyer@shepardfirm.com
Leia V. Leitner, Esquire
Florida Bar No.: 0105621
lleitner@shepardfirm.com
Shepard, Smith, Kohlmyer & Hand, P.A.
2300 Maitland Center Parkway, Suite 100
Maitland, Florida 32751
Telephone (407) 622-1772
Facsimile (407) 622-1884
*Attorneys for Defendant, Healthcare Revenue Recovery Group, LLC d/b/a Account Resolution Services*