UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-61163-ALTMAN/Hunt

**ERRON WILLIAMS**,

 *Plaintiff*,

v.

**HEALTHCARE REVENUE RECOVERY GROUP, LLC**,

 *Defendant*.

_____/

**ORDER SCHEDULING MEDIATION**

The parties filed a Notice of Selection of Mediator [ECF No. 15]. Mediation in this case shall be held before **Steven R. Jaffe on February 9, 2022 10:00 AM** via Zoom.

Within **three days** of the mediation, the parties shall file a joint mediation report with the Court. The report shall indicate whether the case settled (in full or in part), whether it was adjourned, or whether the mediator declared an impasse. Failure to comply with this Order may result in sanctions, including dismissal without prejudice and without further notice.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 6th day of July 2021.

                  _____
                  **ROY K. ALTMAN**
                  **UNITED STATES DISTRICT JUDGE**

cc: counsel of record