UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-61163-ALTMAN/Hunt

ERRON WILLIAMS,

     *Plaintiff,*

v.

HEALTHCARE REVENUE
RECOVERY GROUP, LLC,

     *Defendant.*

_____/

## ORDER

The Court held a status conference on November 3, 2021. For the reasons stated on the record, the Court hereby **ORDERS AND ADJUDGES** as follows:

1. The Defendant's Motion for Judgment on the Pleadings [ECF No. 37] is **DENIED**.

2. By **November 5, 2021**, the parties shall conduct a one-hour *informal settlement conference.* The parties are not required to attend personally, so long as the parties are available by phone to give final authorization should counsel near a settlement. By the same date, the parties shall file a Notice of Settlement (or Non-Settlement) on the docket, which shall indicate the following: (a) whether the parties have complied with this Order; (b) whether the parties have settled this case on the merits; and (c) whether the parties have settled as to attorneys' fees and costs.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 3rd day of November 2021.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record